UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BRADY,

Plaintiff,

-vs-

ACE MOTOR ACCEPTANCE
CORPORATION,                                    CASE NO.:  8:17-CV-02498-EAK-TBM

 Defendant.
_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

COMES NOW, Plaintiff, THOMAS BRADY, by and through his undersigned attorney,

hereby file this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

Dated: July 27, 2018

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
shill@forthepeople.com
Florida Bar #:  105998
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 27, 2018, I electronically served the foregoing document

on the following parties or their counsel of record:


Kevin L. Dees
Older Lundy & Alvarez
1000 W. Cass St.
Tampa, FL 33606
813-609-2900
Email: kdees@olalaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED


*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No.: 105998